IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MAUREEN BROPHY, *et al.* | : | CIVIL ACTION |
| | : | |
| v. | : | 21-2668 |
| | : | |
| EAST PENN SCHOOL DISTRICT, *et al.* | : | |

## **ORDER**

**AND NOW**, this 12th day of January, 2022, after having held a Status Conference with all counsel, it is hereby **ORDERED** that a Hearing on plaintiff's Petition for Approval of Minor Settlement shall be held on **February 10, 2022, at 2:30 p.m.** in the Courtroom of the undersigned in Reading, Pennsylvania.

BY THE COURT:

*/s/ Jeffrey L. Schmehl*
**JEFFREY L. SCHMEHL, J.**